(Official Form 1)(12/03)

| FORM B1 | UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF NEW YORK ALBANY DIVISION | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle): **Shields, Gary P.** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all): **xxx-xx-3137** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code): **359 Hudson Ave Stillwater, NY 12170** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business: **Saratoga** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| [x] Individual(s) | [ ] Railroad | [x] Chapter 7    [ ] Chapter 11    [ ] Chapter 13 | |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9    [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Section 304 - Case ancillary to foreign proceeding | |
| [ ] Other_____ | [ ] Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| [x] Consumer/Non-Business    [ ] Business | [x] Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) [ ] Debtor is a small business as defined by 11 U.S.C. Sec. 101. [ ] Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3. |

**Statistical/Administrative Information**    (Estimates only)

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

(Official Form 1)(12/03)                                                                                                          FORM B1, Page 2

## Voluntary Petition (page 2)
*(This page must be completed and filed in every case)*

| Name of Debtor(s):    **Gary P. Shields** |

### Prior Bankruptcy Case(s) Filed Within Last 6 Years  (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor  (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Gary P. Shields
**Gary P. Shields**

X _____

_____
Telephone Number (If not represented by an attorney)

**05/21/2004**
Date

### Signature of Attorney

X  /s/ Martin J. Goodman
**Martin J. Goodman**                          Bar No. **60110**

**Goodman Law Offices**
**350 Northern Boulevard**
**Albany, NY 12204**

Phone No.**(518) 449-7777**         Fax No.**(518) 449-8767**

**05/21/2004**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**05/21/2004**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐    Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)   I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/ Martin J. Goodman                                        05/21/2004
**Martin J. Goodman**                                              Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.
☑    No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                      CASE NO

                                                                CHAPTER    **7**

## SCHEDULE A (REAL PROPERTY)

| Description And Location Of Property | Nature Of Debtor's Interest In Property | Husband, Wife, Joint Or Community | Current Market Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| One Family Dwelling Located at 359 Hudson Avenue, Stillwater, NY 12170 | Fee Simple | H | $145,000.00 | $164,681.73 |
| | | | **$145,000.00** | **$164,681.73** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                                CASE NO

CHAPTER     **7**

## SCHEDULE B (PERSONAL PROPERTY)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | H | $8.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account with Ballston Spa National Bank | H | $700.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Household goods and furnishings | H | $2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing apparel | H | $200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| | | | Total  > | **$2,908.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                           CASE NO

                                                                      CHAPTER    **7**

## <u>SCHEDULE B (PERSONAL PROPERTY)</u>

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| | | | Total   **>** | **$2,908.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                                    CASE NO

                                                                                   CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Mercury Sable LS | H | $4,478.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| | | | Total  > | $7,386.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                          CASE NO

                                                                CHAPTER     **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total  > | **$7,386.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                    CASE NO

                                                         CHAPTER    **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☐  11 U.S.C. Sec. 522(b)(1): Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

☑  11 U.S.C. Sec. 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
                domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer
                portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety
                or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash on hand | Debtor & Creditor Law § 283 | $8.00 | $8.00 |
| Checking account with Ballston Spa National Bank | Debtor & Creditor Law § 283 | $700.00 | $700.00 |
| Household goods and furnishings | CPLR § 5205(a)(1) et seq. | $2,000.00 | $2,000.00 |
| Wearing apparel | CPLR § 5205(a)(1) et seq. | $200.00 | $200.00 |
| 1999 Mercury Sable LS | Debtor & Creditor Law § 282 | $2,400.00 | $4,478.00 |
| | | **$5,308.00** | **$7,386.00** |

IN RE: **Gary P. Shields**

_____

Debtor

CASE NO _____

(If Known)

CHAPTER **7**

_____

Joint Debtor

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐  Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**American General Finance**<br>**1892 Central Avenue**<br>**Albany, NY 12205** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**2nd mortgage**<br>COLLATERAL:<br>**One Family Dwelling**<br>REMARKS:<br><br>COLLATERAL VALUE:  **$145,000.00** | X | | | $9,679.73 | $9,679.73 |
| ACCT #:<br><br>**Irwin Mortgage**<br>**PO Box 6120**<br>**Corvina, CA 91722-9987** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**mortgage**<br>COLLATERAL:<br>**One Family Dwelling**<br>REMARKS:<br><br>COLLATERAL VALUE:  **$145,000.00** | X | | | $155,002.00 | $10,002.00 |
| ACCT #:<br><br>**Raymour & Flanigan**<br>**c/o Wells Fargo Financial National Bank**<br>**PO Box 94498**<br>**Las Vegas, NV 89193-4498** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**personal loan**<br>COLLATERAL:<br>**Household Goods**<br>REMARKS:<br><br>COLLATERAL VALUE:  **$4,008.53** | X | | | $4,008.53 | |
| ACCT #:<br><br>**Super Value**<br>**PO Box 990**<br>**Attn: Credit Department**<br>**Minneapolis, MN 55440** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Loan**<br>COLLATERAL:<br>**Inventory and Fixtures of Fresh Farms Market**<br>REMARKS:<br><br>COLLATERAL VALUE:  **$775,000.00** | X | | | $775,000.00 | |
| | | | | | | | | |

_____  **No** _____ continuation sheets attached

| | | |
|---|---|---|
| Total for this Page (Subtotal) > | $943,690.26 | $19,681.73 |
| Running Total > | $943,690.26 | $19,681.73 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                    CASE NO

                                                              CHAPTER    **7**

# SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
*Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).*

☐ **Wages, salaries, and commissions**
*Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,925* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).*

☐ **Contributions to employee benefit plans**
*Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).*

☐ **Certain farmers and fishermen**
*Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).*

☐ **Deposits by individuals**
*Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).*

☐ **Alimony, Maintenance, or Support**
*Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).*

☑ **Taxes and certain other debts owed to governmental units**
*Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).*

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
*Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).*

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
*Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.*

*\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

IN RE: **Gary P. Shields**

CASE NO _____

_____  (If Known)
Debtor

_____

CHAPTER **7**

Joint Debtor

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

*Continuation Sheet No. 1*

| TYPE OF PRIORITY | Taxes |
|---|---|

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**NYS Dept of Taxation & Finance**<br>**Bkcy & Special Procedures Unit**<br>**Tax Compliance Division**<br>**PO Box 5300**<br>**Albany, NY 12205** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Sales Taxes**<br>REMARKS: | X | | | $21,000.00 | $21,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Total for this Page (Subtotal) > | $21,000.00 | $21,000.00 |
| | | | | | | Running Total > | $21,000.00 | $21,000.00 |

IN RE: **Gary P. Shields**

_____
Debtor

CASE NO _____
(If Known)

_____
Joint Debtor

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Accent Industries, Inc.**<br>**9629 58th Place**<br>**Kenosha, WI 53144** | - | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Albany Broadcasting Company**<br>**WFLY 92.3**<br>**6 Johnson Road**<br>**Latham, NY 12110** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Allied Credit Services**<br>**8 Suburban Park Drive**<br>**Billerica, MA 01821** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | X | | | **$1,301.88** |
| ACCT #:<br>**Bachman**<br>**PO Box 15207**<br>**Reading, PA 19612-5207** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Bake Mark**<br>**1 Genesee Lane**<br>**Amsterdam, NY 12010** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | X | | | **$12,306.00** |
| ACCT #:<br>**Bank One**<br>**First USA Bank, NA**<br>**PO Box 8864**<br>**Wilmington, DE 19899-8864** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Revolving charge**<br>REMARKS: | X | | | **$2,294.48** |
| ACCT #:<br>**Bartyzel Inc.**<br>**1 Genessee Lane**<br>**Amsterdam, NY 12010** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | X | | | **$238.85** |

_____**9**_____continuation sheets attached

Total for this Page (Subtotal) >   **$16,141.21**

Running Total >   **$16,141.21**

IN RE: **Gary P. Shields**

_____
Debtor

CASE NO _____
(If Known)

CHAPTER **7**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**BFI**<br>**136 Sicker Road**<br>**Latham, NY 12110** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Blue Shield of NE New York**<br>**30 Century Hill Drive**<br>**Latham, NY 12110** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Bridgeford**<br>**PO Box 3773**<br>**Anaheim, CA 92803** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Bunzl York**<br>**580 Davies Drive**<br>**York, PA 17402** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Capital One**<br>**PO Box 85015**<br>**Richmond, VA 23285-5015** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Revolving charge**<br>REMARKS: | X | | | $512.20 |
| ACCT #:<br>**Casa Imports**<br>**PO Box 4429**<br>**Utica, NY 13504** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | X | | | $11,493.00 |
| ACCT #:<br>**Cedar's Mediterranean Distrub.**<br>**PO Box 8277**<br>**Wardhill, MA 01835** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Total for this Page (Subtotal) > $12,005.20

Running Total > $28,146.41

IN RE: **Gary P. Shields**

_____
Debtor

CASE NO _____
(If Known)

_____
Joint Debtor

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Chris, Coffee Service Inc.**<br>**10 Corporate Circle**<br>**Albany, NY 12203** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | | X | $2,701.00 |
| ACCT #:<br>**Cingular Wireless**<br>**15901 East Skelly Drive**<br>**Tulsa, OK 74116** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | | X | $399.24 |
| ACCT #:<br>**Coca Cola**<br>**Albany Sales Center**<br>**2329 Paysh Pere Circle**<br>**Chicago, IL 60674-2329** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | | X | $18,030.00 |
| ACCT #:<br>**Country Kitchen**<br>**PO Box 1900**<br>**Auburn, ME 04211-1900** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Crescent Creamery Inc**<br>**PO Box 638**<br>**Pittsfield, MA 01202** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Crystal Clear Cleaning**<br>**52 Berwyn Street**<br>**Schenectady, NY 12304** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Decresente**<br>**211 N. Main Street**<br>**PO Box 231**<br>**Mechanicville, NY 12118** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | | X | $4,863.00 |

Total for this Page (Subtotal) > **$25,993.24**

Running Total > **$54,139.65**

IN RE: **Gary P. Shields**

_____
Debtor

CASE NO _____
(If Known)

_____
Joint Debtor

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Dumac Business Systems Inc.**<br>**19 Corporate Circle**<br>**East Syracuse, NY 13057** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Ecolab**<br>**PO Box 905327**<br>**Charlotte, NC 28290-5327** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Frito-Lay, Inc.**<br>**PO Box 660059**<br>**Dallas, TX 75266-0059** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Gazette Advertising**<br>**2345 Maxon Road**<br>**Schenectady, NY 12308** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**George Weston Bakeries**<br>**Attn: Brian Porter**<br>**930 N. Riverview Dr., Ste 100**<br>**Totowa, NJ 07512** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | | X | **$7,575.00** |
| ACCT #:<br>**Green Mountain Coffee**<br>**PO Box 607**<br>**Waterbury, VT 05676-0607** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Hanley Sign Company**<br>**26 Sicker Road**<br>**Latham, NY 12110** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | | X | **$8,900.00** |

Total for this Page (Subtotal) > **$16,475.00**

Running Total > **$70,614.65**

IN RE: **Gary P. Shields**
_____
Debtor

CASE NO _____
(If Known)

CHAPTER **7**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 4*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Heritage Scale & Equipment**<br>**32 North Plains Industrial Road**<br>**Wellingford, CT 06492** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | X | | $173.21 |
| ACCT #:<br>**Herrs Food**<br>**PO Box 300**<br>**Nottingham, PA 19362** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Hostess**<br>**PO Box 8001**<br>**Biddeford, ME 04005** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**IBC-WDR/HOST/NISS/SUNBBM/DRAKES**<br>**PO Box 8000**<br>**Biddeford, ME 04005** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | X | | $737.56 |
| ACCT #:<br>**Internal Revenue Service**<br>**Special Procedures Branch**<br>**Attn.: Bkcy Section, Mail Code SPB**<br>**PO Box 266 Niagara Square Station**<br>**Buffalo, NY 14201** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Interstate Brands Companies**<br>**PO Box 419627**<br>**Kansas City, MO 64141-6627** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Joseph P. Mangione Inc.**<br>**187 Fourth Street**<br>**Troy, NY 12180** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | X | | $1,840.25 |

Total for this Page (Subtotal) >    **$2,751.02**

Running Total >    **$73,365.67**

IN RE:  **Gary P. Shields**

_____
Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 5*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Koffee Kup Bakery Inc.**<br>**436 Riverside Avenue**<br>**Burlington, VT 05401** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | X | | $1,627.00 |
| ACCT #:<br>**Kraft Pizza Co.**<br>**PO Box 13447**<br>**Newark, NJ 07188-0447** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | X | | $1,716.00 |
| ACCT #:<br>**Lif tech**<br>**6847 Ellicott Drive**<br>**Syracuse, NY 13057** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | X | | $131.44 |
| ACCT #:<br>**Martins**<br>**1000 Potato Roll Lane**<br>**Chambersburg, PA 17201** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | X | | $2,193.72 |
| ACCT #:<br>**McKee Foods Corporation**<br>**PO Box 2118**<br>**Collegedale, TN 37315-2118** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Mohawk Beverage Inc.**<br>**PO Box 767**<br>**Schenectady, NY 12301-0767** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | X | | $2,935.60 |
| ACCT #:<br>**Morgan Linen**<br>**c/o Robert E. Ganz**<br>**1 Columbia Circle**<br>**Albany, NY 12203** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | X | | $7,164.00 |

Total for this Page (Subtotal) >   **$15,767.76**

Running Total >   **$89,133.43**

IN RE: **Gary P. Shields**

_____
Debtor

CASE NO _____
(If Known)

_____
Joint Debtor

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 6*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Morlock News c/o Hamilton<br>41 Hamilton Lane<br>Glenmont, NY 12077** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Muzak<br>23 Krey Boulevard<br>Rensselaer, NY 12144-9681** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Niagara Mohawk<br>Attn.: Bankruptcy Unit<br>PO Box 5026<br>Buffalo, NY 14205** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Northeast Commercial Appliance, Inc.<br>949 Troy-Schenectady Road<br>Latham, NY 12110** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | X | | | $220.18 |
| ACCT #:<br>**Northern Distributing Company<br>PO Box 315, Corrinth Road<br>Glens Falls, NY 12801** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | X | | | $1,397.00 |
| ACCT #:<br>**NYS Dept. of Tax & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**One Beacon Insurance<br>PO Box 8369<br>Boston, MA 02266-8369** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Total for this Page (Subtotal) >    **$1,617.18**

Running Total >    **$90,750.61**

IN RE: **Gary P. Shields**

_____
Debtor

CASE NO _____
(If Known)

CHAPTER  **7**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

_Continuation Sheet No. 7_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Pepperidge Farm, Inc.**<br>**PO Box 640758**<br>**Pittsburgh, PA 15264** | - | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Pepsi-Cola Company**<br>**c/o Renee Cohen**<br>**1100 Reynolds Blvd.**<br>**Winston-Salem, NC 27105** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Pioneer Photo Albums, Inc.**<br>**PO Box 2497**<br>**Chatsworth, CA 91313-2497** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **4465-6805-0089-2384**<br>**Providian**<br>**PO Box 9016**<br>**Pleasanton, CA 94566** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**revolving charge**<br>REMARKS: | X | | | **$5,232.54** |
| ACCT #:<br>**Quandt's FoodService Distributors**<br>**c/o Stephanie J. Donato, Esq.**<br>**162 S. Robinson Ave**<br>**Newburgh, NY 12550** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | X | | | **$15,158.00** |
| ACCT #:<br>**Randy's Refrigeration**<br>**155 River Road**<br>**Mechanicville, NY 12118** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Reginald Scott**<br>**2341 Nott Street East**<br>**Niskayuna, NY 12309** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | X | | | **$2,371,000.00** |

| | |
|---|---|
| Total for this Page (Subtotal) > | **$2,391,390.54** |
| Running Total > | **$2,482,141.15** |

IN RE: **Gary P. Shields**

_____

Debtor

CASE NO _____

_____(If Known)

_____

Joint Debtor

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 8*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Schwan's Consumer Brands**<br>**North America, Inc.**<br>**DSD Division**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-5054** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | X | | | $2,058.00 |
| ACCT #:<br>**Snyders**<br>**2 Perry Avenue**<br>**Latham, NY 12110** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**State Insurance Fund**<br>**PO Box 4788**<br>**Syracuse, NY 13221-4788** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Super Valu**<br>**PO Box 990**<br>**Minneapolis, MN 55440** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Supre Rite Foods, Inc.**<br>**c/o Deily, Mooney & Glastetter, LLP**<br>**8 Thurlow Terrace**<br>**Albany, NY 12203** | | H | DATE INCURRED:<br>**Business Loan**<br>REMARKS: | X | | | $2,600,000.00 |
| ACCT #:<br>**Times Union**<br>**PO Box 15011**<br>**Albany, NY 12214-5534** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**TJB Sunshine Enterprises**<br>**6 Red Wood Drive**<br>**Charlton, NY 12019** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Total for this Page (Subtotal) > **$2,602,058.00**

Running Total > **$5,084,199.15**

IN RE: **Gary P. Shields**

_____
Debtor

CASE NO _____
(If Known)

CHAPTER **7**

_____
Joint Debtor

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

_Continuation Sheet No. 9_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Upstate Farms Corp.**<br>**PO Box 650**<br>**Buffalo, NY 14225** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | X | | $1,048.00 |
| ACCT #:<br>**USA Food Service**<br>**702 Potential Pkwy**<br>**Scotia, NY 12302** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**goods and services**<br>REMARKS: | | X | | $11,680.00 |
| ACCT #:<br>**Verizon**<br>**PO Box 15124**<br>**Albany, NY 12212-5124** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Voortman Cookies**<br>**PO Box 5206**<br>**Burlington, Ontario L7R4L4** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Walter Hiney Inc.**<br>**PO Box 305**<br>**Wynantskill, NY 12198** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**White Eagle Packing Co., Inc.**<br>**922 Congress Street**<br>**Schenectady, NY 12303** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Wonder Brands Corporation**<br>**PO Box 8001**<br>**Biddeford, ME 04005** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Total for this Page (Subtotal) >     $12,728.00

Running Total >     $5,096,927.15

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                              CASE NO

                                                                          CHAPTER    **7**

## <u>SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)</u>

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Ford Credit**<br>PO Box 31111<br>Tampa, FL 33631-3111 | lease of 2003 Ford Windstar |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                                    CASE NO

                                                                               CHAPTER      **7**

## SCHEDULE H (CODEBTORS)

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                          CASE NO

                                                                    CHAPTER    **7**

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | Ryan | 10 | Son | | | |
| | Mckenzie | 5 | Daughter | | | |
| | Stacy | 31 | Wife | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Store Manager | |
| Name of Employer | GU Market | |
| How Long Employed | | |
| Address of Employer | 1 Oxford Crossing | |
| | New Hartford, NY 13413 | |

| Income:  (Estimate of average monthly income) | *DEBTOR* | *SPOUSE* |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $3,900.00 | |
| Estimated monthly overtime | $0.00 | |
| *SUBTOTAL* | **$3,900.00** | |
| LESS PAYROLL DEDUCTIONS | | |
|     A. Payroll taxes (includes social security tax if B. is zero) | $394.51 | |
|     B. Social Security Tax | $300.95 | |
|     C. Insurance | $0.00 | |
|     D. Union dues | $0.00 | |
|     E. Retirement | $0.00 | |
|     F. Other (specify) _____ | $0.00 | |
|     G. Other (specify) _____ | $0.00 | |
|     *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$695.46** | |
| ***TOTAL NET MONTHLY TAKE HOME PAY*** | **$3,204.54** | |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | |
| Income from real property | $0.00 | |
| Interest and dividends | $0.00 | |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or | $0.00 | |
|   that of the dependents listed above | | |
| Social Security or other government assistance (specify) | $0.00 | |
| Pension or retirement income | $0.00 | |
| Other monthly income (specify below) | | |
|     1._____ | $0.00 | |
|     2._____ | $0.00 | |
|     3._____ | $0.00 | |
|     *TOTAL MONTHLY INCOME* | **$3,204.54** | |

## TOTAL COMBINED MONTHLY INCOME $3,204.54        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                          CASE NO

                                                            CHAPTER    **7**

# SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | $1,263.00 |
| Are real estate taxes included?        ☑ Yes    ☐ No | |
| Is property insurance included?        ☑ Yes    ☐ No | |
| **Utilities:**  Electricity and heating fuel | $250.00 |
| Water and sewer | $17.00 |
| Telephone | $70.00 |
| Other:  CATV | $65.00 |
| Home maintenance (repairs and upkeep) | $50.00 |
| Food | $600.00 |
| Clothing | $95.00 |
| Laundry and dry cleaning | $75.00 |
| Medical and dental expenses (not covered by insurance) | $50.00 |
| Transportation (not including car payments) | $325.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $35.00 |
| Charitable contributions | |
| **Insurance**  (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | |
| Life | |
| Health | |
| Auto | $100.00 |
| Other: | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| **Installment payments:**  (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
| Auto | $389.00 |
| Other:  lunches at school and work | $107.50 |
| Other: | |
| Other: | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at debtor's home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other: | |
| Other: | |
| **TOTAL MONTHLY EXPENSES**  (Report also on Summary of Schedules) | **$3,491.50** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income

B. Total projected monthly expenses (including separate spouse budget if applicable)

C. Excess income (A minus B)

D. Total amount to be paid into plan each                                          (interval)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                      CASE NO

                                                                CHAPTER    **7**

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $145,000.00 | | |
| B - Personal Property | Yes | 4 | $7,386.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $943,690.26 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $21,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $5,096,927.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,204.54 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,491.50 |
| Total Number of Sheets of ALL Schedules > | | 23 | | | |
| Total Assets > | | | $152,386.00 | | |
| Total Liabilities > | | | | $6,061,617.41 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                                    CASE NO

                                                                              CHAPTER    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**24**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date **05/21/2004**_____          Signature __**/s/ Gary P. Shields**_____
                                                                          *Gary P. Shields*


Date _____          Signature _____

                                                                  [If joint case, both spouses must sign.]


*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                          CASE NO

                                                                                    CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| | Income from employment: |
| $32,169.89 | 2004-YTD |
| $33,952.00 | 2003 |
| $46,545.00 | 2002 |

---

**2. Income other than from employment or operation of business**

None

☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

None

☑

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☑

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Morgan Linen Service, Inc. | Civil | State of New York Supreme Court County of Albany | Pending |
| vs. | | | |
| Gary Shields | | | |
| Supre Rite Foods, Inc. | Civil | Northern District of New York | Pending |
| vs. | | | |
| Fresh Farms Market, Inc., Reginal A. Scott, Gary Shields and Stacy Shields | | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                      CASE NO

                                                                CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

| | | |
|---|---|---|
| **Quandt's Foodservice Distributors, Inc.** | Civil | **Supreme Court of the State of New York County of Orange**      Pending |
| **vs.** | | |
| **Gary Shields** | | |

None
☑     b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns
None
☑     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships
None
☑     a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑     b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts
None
☑     List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                         CASE NO

                                                               CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

None

☑

### 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☐

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Goodman Law Offices**<br>**350 Northern Boulevard**<br>**Albany, New York 12204** | **05/21/2004** | **$2,500.00-Attorney Fee**<br>**$209.00-Filing Fee** |

---

None

☑

### 10. Other transfers

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☑

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☑

### 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                              CASE NO

                                                                    CHAPTER     **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

#### 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

---

#### 15. Prior address of debtor

None
☑

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

#### 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

#### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                                    CASE NO

                                                                            CHAPTER     **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

---

None
☑      b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
         Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑      c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the
         debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None
☑      a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
         ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole
         proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the
         debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

         If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
         ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six
         years immediately preceding the commencement of this case.

         If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
         ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six
         years immediately preceding the commencement of this case.

---

None
☑      b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

---

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                          CASE NO

                                                                CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

### *DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____**6**_____sheets, and that they are true and correct.

Date  __**05/21/2004**_____                Signature ____**/s/ Gary P. Shields**_____
                                            of Debtor    ***Gary P. Shields***

Date  __**05/21/2004**_____                Signature _____
                                            of Joint Debtor
                                            (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.
Sections 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:  **Gary P. Shields**                                    CASE NO

*Debtor(s)*                                    CHAPTER    **7**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

*The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition.  The bankruptcy law is complicated and not easily described.  Therefore, you should seek the advice of an attorney to learn your rights and responsibilities under the law should you decide to file a petition with the court.  Court employees are prohibited from giving you legal advice.*

## Chapter 7: Liquidation    ($209.00 filing fee)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.  In a Chapter 7 case, a trustee secures for the bankruptcy estate all your assets which the trustee may obtain under the applicable provisions of the Bankruptcy Code.  You may claim certain of your property exempt under governing law.  The trustee may then liquidate the non-exempt property as necessary and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.  The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a discharge, there are some debts that are not discharged under the law.  Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.  Under certain circumstances you may keep property that you have purchased subject to a valid security interest.  Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income
 ($194.00 filing fee)

1.  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time.  You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings.  Usually, the period of time allowed by the court to repay your debts is three years, but no more than five years.  Your plan must be approved by the court before it can take effect.

3.  Under Chapter 13, unlike Chapter 7, you may keep all of your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.  After completion of payments under your plan your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long-term secured obligations.

## Chapter 11: Reorganization    ($830.00 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer    ($230.00 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to Chapter 13.   The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

### ACKNOWLEDGEMENT

I hereby certify that I have read this notice on this_21st_____day of__May_____, _2004__ .

_/s/ Gary P. Shields_____        _____

**Gary P. Shields**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:   **Gary P. Shields**                                      CASE NO

                    *Debtor(s)*                                  CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

  The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  05/21/2004 _____            Signature  **/s/ Gary P. Shields** _____
                                                          ***Gary P. Shields***


Date _____            Signature _____

Accent Industries, Inc.
9629 58th Place
Kenosha, WI 53144


Albany Broadcasting Company
WFLY 92.3
6 Johnson Road
Latham, NY 12110


Allied Credit Services
8 Suburban Park Drive
Billerica, MA 01821


American General Finance
1892 Central Avenue
Albany, NY 12205


Bachman
PO Box 15207
Reading, PA 19612-5207


Bake Mark
1 Genesee Lane
Amsterdam, NY 12010


Bank One
First USA Bank, NA
PO Box 8864
Wilmington, DE 19899-8864


Bartyzel Inc.
1 Genessee Lane
Amsterdam, NY 12010


BFI
136 Sicker Road
Latham, NY 12110

Blue Shield of NE New York
30 Century Hill Drive
Latham, NY 12110


Bridgeford
PO Box 3773
Anaheim, CA 92803


Bunzl York
580 Davies Drive
York, PA 17402


Capital One
PO Box 85015
Richmond, VA 23285-5015


Casa Imports
PO Box 4429
Utica, NY 13504


Cedar's Mediterranean Distrub.
PO Box 8277
Wardhill, MA 01835


Chris, Coffee Service Inc.
10 Corporate Circle
Albany, NY 12203


Cingular Wireless
15901 East Skelly Drive
Tulsa, OK 74116


Coca Cola
Albany Sales Center
2329 Paysh Pere Circle
Chicago, IL 60674-2329

Country Kitchen
PO Box 1900
Auburn, ME 04211-1900


Crescent Creamery Inc
PO Box 638
Pittsfield, MA 01202


Crystal Clear Cleaning
52 Berwyn Street
Schenectady, NY 12304


Decresente
211 N. Main Street
PO Box 231
Mechanicville, NY 12118


Dumac Business Systems Inc.
19 Corporate Circle
East Syracuse, NY 13057


Ecolab
PO Box 905327
Charlotte, NC 28290-5327


Ford Credit
PO Box 31111
Tampa, FL 33631-3111


Frito-Lay, Inc.
PO Box 660059
Dallas, TX 75266-0059


Gazette Advertising
2345 Maxon Road
Schenectady, NY 12308

George Weston Bakeries
Attn: Brian Porter
930 N. Riverview Dr., Ste 100
Totowa, NJ 07512


Green Mountain Coffee
PO Box 607
Waterbury, VT 05676-0607


Hanley Sign Company
26 Sicker Road
Latham, NY 12110


Heritage Scale & Equipment
32 North Plains Industrial Road
Wellingford, CT 06492


Herrs Food
PO Box 300
Nottingham, PA 19362


Hostess
PO Box 8001
Biddeford, ME 04005


IBC-WDR/HOST/NISS/SUNBBM/DRAKES
PO Box 8000
Biddeford, ME 04005


Internal Revenue Service
Special Procedures Branch
Attn.: Bkcy Section, Mail Code SPB
PO Box 266 Niagara Square Station
Buffalo, NY 14201


Interstate Brands Companies
PO Box 419627
Kansas City, MO 64141-6627

Irwin Mortgage
PO Box 6120
Corvina, CA 91722-9987


Joseph P. Mangione Inc.
187 Fourth Street
Troy, NY 12180


Koffee Kup Bakery Inc.
436 Riverside Avenue
Burlington, VT 05401


Kraft Pizza Co.
PO Box 13447
Newark, NJ 07188-0447


Lif tech
6847 Ellicott Drive
Syracuse, NY 13057


Martins
1000 Potato Roll Lane
Chambersburg, PA 17201


McKee Foods Corporation
PO Box 2118
Collegedale, TN 37315-2118


Mohawk Beverage Inc.
PO Box 767
Schenectady, NY 12301-0767


Morgan Linen
c/o Robert E. Ganz
1 Columbia Circle
Albany, NY 12203

Morlock News c/o Hamilton
41 Hamilton Lane
Glenmont, NY 12077


Muzak
23 Krey Boulevard
Rensselaer, NY 12144-9681


Niagara Mohawk
Attn.: Bankruptcy Unit
PO Box 5026
Buffalo, NY 14205


Northeast Commercial Appliance, Inc.
949 Troy-Schenectady Road
Latham, NY 12110


Northern Distributing Company
PO Box 315, Corrinth Road
Glens Falls, NY 12801


NYS Dept of Taxation & Finance
Bkcy & Special Procedures Unit
Tax Compliance Division
PO Box 5300
Albany, NY 12205


NYS Dept. of Tax & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


One Beacon Insurance
PO Box 8369
Boston, MA 02266-8369


Pepperidge Farm, Inc.
PO Box 640758
Pittsburgh, PA 15264

```
Pepsi-Cola Company
c/o Renee Cohen
1100 Reynolds Blvd.
Winston-Salem, NC 27105
```

```
Pioneer Photo Albums, Inc.
PO Box 2497
Chatsworth, CA 91313-2497
```

```
Providian
PO Box 9016
Pleasanton, CA 94566
```

```
Quandt's FoodService Distributors
c/o Stephanie J. Donato, Esq.
162 S. Robinson Ave
Newburgh, NY 12550
```

```
Randy's Refrigeration
155 River Road
Mechanicville, NY 12118
```

```
Raymour & Flanigan
c/o Wells Fargo Financial National Bank
PO Box 94498
Las Vegas, NV 89193-4498
```

```
Reginald Scott
2341 Nott Street East
Niskayuna, NY 12309
```

```
Schwan's Consumer Brands
North America, Inc.
DSD Division
PO Box 1450
Minneapolis, MN 55485-5054
```

```
Snyders
2 Perry Avenue
Latham, NY 12110
```

```
State Insurance Fund
PO Box 4788
Syracuse, NY 13221-4788



Super Valu
PO Box 990
Minneapolis, MN 55440



Super Value
PO Box 990
Attn: Credit Department
Minneapolis, MN 55440



Supre Rite Foods, Inc.
c/o Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203



Times Union
PO Box 15011
Albany, NY 12214-5534



TJB Sunshine Enterprises
6 Red Wood Drive
Charlton, NY 12019



Upstate Farms Corp.
PO Box 650
Buffalo, NY 14225



USA Food Service
702 Potential Pkwy
Scotia, NY 12302



Verizon
PO Box 15124
Albany, NY 12212-5124
```

Voortman Cookies
PO Box 5206
Burlington, Ontario L7R4L4


Walter Hiney Inc.
PO Box 305
Wynantskill, NY 12198


White Eagle Packing Co., Inc.
922 Congress Street
Schenectady, NY 12303


Wonder Brands Corporation
PO Box 8001
Biddeford, ME 04005